IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL ISON                                                                                          PLAINTIFF

v.                                        Civil No. 2:16cv2241

A10 CAPITAL, LLC,                                                                                   DEFENDANT
a Delaware limited liability company

CLERK'S ORDER OF DISMISSAL

On this 5th day of September, 2017, the Parties herein, having filed this Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff Michael Ison's individual claims be dismissed with prejudice, and that the proposed class claims be dismissed without prejudice.

AT THE DIRECTION OF THE COURT,

DOUGLAS F. YOUNG, CLERK

BY: /s/ Heather N. Conklin
　　　Deputy Clerk